on the law, and indictment dismissed. The defendant was indicted upon the ground that, being the father of a child two months old, he abandoned said child. (Penal Law, § 480.) The proof shows that at the time of the alleged marriage of defendant to the mother of this child he had been married and was living with his wife. The " father " [" parent "] mentioned in section 480 is the father of a legitimate child, not a putative father. (*People* v. *Fitzgerald*, 167 App. Div. 85.) It also includes " other person charged with the care or custody for nurture or education of a child * * *." There was proof in the case that the defendant had assumed the care and custody of this child. But he was indicted for being the father, and not for being the " other person." The charge by the court that defendant would be responsible if he had assumed custody and control of the child was error, to which exception was taken. The amendment of the indictment after conviction to conform to the proof so as to come within sections 480 and 481 of the Penal Law was abortive. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent, v. NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant.— Order granting plaintiff's motion for injunction pending action affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ., concur.

QUEENS BOROUGH GAS AND ELECTRIC COMPANY, Respondent, v. NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant.— Order granting plaintiff's motion to adjudge defendant to have violated temporary injunction, and order denying defendant's motion for resettlement of temporary injunction order, affirmed with ten dollars costs and disbursements. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

ROYAL SILK UNDERWEAR MANUFACTURING CO., INC., Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

RYAN & CHODACK, INC., Respondent, v. ANNIE JACOFS and Another, Appellants. — Order denying defendants' motion for judgment dismissing the complaint affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Kapper and Lazansky, JJ., concur.

LEO F. STURM, Respondent, v. JOHN KLINGER and Another, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.

WILLIAM TRACY, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.

MURRAY WALL, Respondent, v. SEVENTY PIERREPONT STREET CORPORATION and Others, Defendants, Impleaded with ARNE DEHLI and Another, Appellants. — Judgment unanimously affirmed, with costs. Assuming, without deciding, that the appellant stockholder is in a position to raise the question of the alleged invalidity of the mortgage in suit, we think her claim unavailing so long as the corporation has and retains the benefit of the money loaned on the faith of the mortgage. (*Hamilton Trust Co.* v. *Clemes*, 17 App. Div. 152; affd., 163 N. Y. 423.) The finding that the mortgagees were without knowledge of the by-laws is approved. Present — Kelly, P. J., Rich, Young, Kapper and Lazansky, JJ.